cioni, Apelante.—Adulteración de leche. Ponce. Junio 30, 1920. *Confirmadas las sentencias.*

No. 1527. El Pueblo, Apelado, *v.* Cumpiano, Apelante.— Artículo 438 del Código Penal (compra de objetos robados). Mayagüez. Junio 30, 1920. *Revocada.*

No. 2171. Llompart et al., Apelantes, *v.* Díaz, Apelado.— Cobro de crédito hipotecario. Junio 30, 1920. Humacao. *Desestimada.*

No. 2042. Díaz et al., Peticionarias, *v.* Cividanes, Opositor y Apelante.—Administración judicial. Guayama. Junio 30, 1920. *Desestimada.*

No. 2218. Méndez, Apelada, *v.* Baldassari, Apelante.— Indemnización. (Reconsideración). Mayagüez. Julio 1, 1920. *Sin lugar.*

No. 300. Schmidt, Peticionario, *v.* C. H. Foote, Juez de Distrito.—Mayagüez. *Certiorari.* Julio 2, 1920. *Sin lugar.*

No. 1533. El Pueblo, Apelado, *v.* Aybar, Apelante.—Injuria y calumnia. San Juan, Sección Segunda. Julio 2, 1920. *Revocada y absuelto el acusado.*

No. 1547. El Pueblo, Apelado, *v.* Rentas, Apelante.—

No. 1548. El Pueblo, Apelado, *v.* Rodríguez, Apelante.—

No. 1549. El Pueblo, Apelado, *v.* García, Apelante.— Adulteración de leche. Ponce. Julio 2, 1920. *Confirmadas.*

No. 1480. El Pueblo, Apelado, *v.* Rosaly, Apelante.— Infracción Ley de Arbitrios. (Reconsideración). Ponce. Julio 6, 1920. *Sin lugar.*

No. 1552. El Pueblo, Apelado, *v.* Torres, Apelante—Infracción Ley de Arbitrios. Ponce. Julio 6, 1920. *Confirmada.*

No. 1531. El Pueblo, Apelado, *v.* Fillero, Apelante.— Hurto de menor cuantía. (Reconsideración.) Julio 6, 1920. Mayagüez. *Sin lugar.*

No. 1551. El Pueblo, Apelado, *v.* Quirindongo, Apelante. —Adulteración de leche. Ponce. Julio 6 1920. *Confirmada.*